# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered July 11, 2013:*

PEOPLE V CARRUTHERS, Docket No. 309987. Reported at 301 Mich App
590.

Pursuant to the opinion issued concurrently with this order, this case
is remanded for further proceedings consistent with the opinion of this
Court. We retain jurisdiction.

Proceedings on remand in this matter shall commence within 56 days
of the Clerk's certification of this order, and they shall be given priority
on remand until after they are concluded. As stated in the accompanying
opinion, we remand this case to the trial court to allow defendant to file
a motion to dismiss the charges against him pursuant to MCL 333.26428,
and for an evidentiary hearing to be held on that issue. Should defendant
make out a prima facie case of all of the elements of an affirmative
defense under § 8 of the Michigan Medical Marihuana Act, his conviction
shall be vacated and the charges against him dismissed. Should defen-
dant not meet this burden, his conviction stands. If the defendant
establishes evidence of each element listed in § 8 but there are still
material questions of fact, then he is entitled to a new trial and the
submission of this defense to the jury.

The parties shall promptly file with this Court a copy of all papers
filed on remand. Within seven days after entry, appellant shall file with
this Court copies of all orders entered on remand.

The transcript of all proceedings on remand shall be prepared and
filed within 21 days after completion of the proceedings. Upon remand,
this Court will enter an order either affirming defendant's conviction,
vacating defendant's conviction, or granting defendant a new trial.